FILED
AUG 15 2022
At_____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

2:22CV0236

RE: Discriminatory - Defamation
Motion to Recuse/Bias

## Judicial Immunity Recuse

① **Judicial officer: Jeffrey Sanford** I ask for a protection order action of a contractual cause; things/opens doors today for a amend of a Recuss H and protection order between a Detainee and Judicial officer of the State of Indiana municipal Remarks and discovery of defamation on August 10, 2022 opens up a gender dysphoria ladies emotions today as Remarks from a Judge was substantial evidence after letters addressed on Records Transgender Icon: Mrs. Eyekeyla My.Carruthers Washington (AKA) Antwan M. Carruthers. I have clearly lived my life as gender dysphoria over 29 years way longer then living as AKA Antwan M. Carruthers proof is on footage of the courts at via St. Joseph County Jail August 10, 2022 8am - 12pm.

② **Protection of Rights, Immunity from Liability:** The policy behind Immunity does not merely extend to Suits. It also extends to protection against Judicial officer: Jeffrey L. Sanford. I feel he is personal and to be avoided shall be granted with a protection order against such prejudice as inquiries of this kind can be peculiary disruptive of effective government Rights & constitutional law. I ask for protection against this government official.

③ **Federal Courts Act of 1996 amendments:**

any persons such as even indiuidual whos gender dysphoria under any statue of any state subject or causes to be subjected, any citizen of United States Jurisdiction absolutely qualified for Equally Rights to Include protection from Judicial officers or Judicial officer: Jeffrey L. Sanford.

(4) Greatly appreciated:
Close controle of my case of a opion to the matters as a protection order is so order doto fear of my Rights as they was affected by the Judicial officer Today. The Remarks He, Sir, and him was defamation inside the Court Room -via-camera, inside St. Joseph County Jail. Proper proceedings shall be granted Not under his act of omission doto the facts that he is granted to be Recused doto declarity decree while he violated successfully a gender dysphoria Rights.

(5) Treaty Clause - apointment Clause: Judicial officer.

(6) Equal Protection, Gender, & Sex
I ask for Judicial official: Jeffrey L. Sanford To Be Recuse as controlling procedent hold discrimination against a transgender inividual Because of her-gender nonconformity is Sex discrimination no whether Judicial officer violated the Rights of a gender dysphoria Basis of Sex or gender. I ask for a protection order against Judicial officer: Jeffrey L. Sanford

## Discrimination & Defamation

**(7) Failure To TREAT All Equally:**

I have described the Remarks within the amendment of this Cause, Today The Judicial officer of the State of Indiana St. Joseph County; (jail) has Failed to treat me Equally, as cameras and Records are proof of defamation they have affected My Rights as I am a proud United States Citizen that have Chosen the life of Gender dysphoria over 29 years. I fight Today for Equality from officials and Society additionally Homophobic officials.

**(8) United States District Court Northern District of Indiana**

I Amend under Constitutional Rights A Judicial Officer on August 10, 2022 in Court proceedings have violated My Rights of a Transgender genetic Identity I ask for So order of a protection order Do to the Rights of the capacity of the violation of defamation; discrimination: Please keep in Mind I feel this Judicial officer Jeffrey L. Sanford is BIAS AND Recussal Shall Be granted under grounds of prejudice.

My Undersigned is Clarification to the contract of certificate for Service.

Under penalties for perjury all Representation is under Oath Swarely trues And Facts of August 10, 2022 Events - ✗MRS. EyEKeyla My. Carruthers Washington